UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24–cv–01776–MWF–SK | Date | August 5, 2024 |
|---|---|---|---|
| Title | CHEMRING ENERGETIC DEVICES, INC. V. HARTFORD CASUALTY INSURANCE COMPANY ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

  In light of the Notice of Settlement filed 7/29/2024 (Mediation Report), the Court sets a hearing on Order To Show Cause Re Dismissal for September 9, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

  **IT IS SO ORDERED.**

Initials of Clerk: rs