JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMRING ENERGETIC DEVICES, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendants. | Case No.: CV 24−1776−MWF(SKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

　　　The Court, having reviewed the parties' Stipulation to Dismiss Entire Action with Prejudice (Docket No. 15), hereby GRANTS the request and DISMISSES this action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　IT IS SO ORDERED.

Dated: September 6, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge